## State *v.* Lee et al.

[72 South. 195.]

Indictment. *Requisites. Mistakes of grammar.*

An indictment for assault with intent to kill, as set out in this case, sufficiently charged felonious intent though the language used was ungrammatical.

Appeal from the circuit court of Prentiss county.

Hon. Claude Clayton, Judge.

John H. Lee and John T. Lee were indicted for assault. From an order sustaining a demurrer to the indictment, the state appeals.

The grand jury returned an indictment against the appellees which charged that:

"John H. Lee and John T. Lee, late of the county aforesaid, on the 13th day of October, A. D. 1913, at the county aforesaid, in and upon one Jim Yates, did feloniously make an assault with a certain deadly weapon, to wit, a knife, and with said knife did then and there cut and wound him the said Jim Yates, with felonious intent then and there him, the said Jim Yates, to unlawfully, willfully, feloniously, and of his malice aforethought kill and murder contrary to the form of statute in such case made and provided, and against the peace and dignity of the state of Mississippi."

*Geo. T. Mitchell,* for appellant.

*Cox & Cox,* for appellees.

Smith, C. J., delivered the opinion of the court.

It is clear the indictment charges each of the defendants with having cut Yates, "with the felonious intent then and there him, the said Jim Yates, to unlawfully, willfully, feloniously, and of his malice aforethought kill and murder," and, although the language used is ungrammatical, the indictment nevertheless is valid.

*Reversed and remanded.*